Ashley Arnett (SBN 305162)
Seyfarth Shaw LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO<br><br>v.<br><br>CPLG Properties L.L.C. et.al<br><br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br><br>8:20-CV-02450-DOC-(DFMx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [34] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Vu, Minh N.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 463-2400  *Telephone Number*
(202) 828-5393  *Fax Number*
mvu@seyfarth.com  *E-Mail Address*

of  SEYFARTH SHAW LLP
975 F STREET, N.W.
WASHINGTON, D.C. 20004
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

CPLG Properties L.L.C., Corepoint TRS L.L.C and LQ Management LLC

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

and designating as Local Counsel

Arnett, Ashley N.
*Designee's Name (Last Name, First Name & Middle Initial)*
305162  *Designee's Cal. Bar No.*
(213) 270-9600  *Telephone Number*
(213) 270-9601  *Fax Number*
aarnett@seyfarth.com  *E-Mail Address*

of  SEYFARTH SHAW LLP
601 S. FIGUEROA STREET, SUITE 3300
LOS ANGELES, CALIFORNIA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded. **Dated:** June 3, 2021

*/s/ David O. Carter*
**U.S. District Judge**